Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Penelope Fontaine,<br><br>   Defendant. | Case No. 2:19-cr-00159-KJD-BNW<br><br>**First Stipulation to Continue Revocation Hearing** |

The parties jointly request that this Court vacate the March 17, 2020, hearing on the petition to revoke pretrial release until on or after April 3, 2020. Ms. Fontaine is not in custody and agrees to the continuance.

DATED: March 12, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br> */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br> */s/ Brian Whang*<br>By_____<br>Brian Whang<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Penelope Fontaine,

    Defendant.

Case No. 2:19-cr-00159-KJD-BNW

**Order Granting First Stipulation to Continue Revocation Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 17, 2020, at 10:30 a.m. is vacated and continued to 4/3/2020 at 10:00 a.m.

DATED: March 13, 2020.

Brenda Weksler
United States Magistrate Judge