1  Rene L. Valladares
   Federal Public Defender
2  Nevada State Bar No. 11479
   Erin Gettel
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00159-KJD-BNW |
| Plaintiff, | **First Stipulation to Vacate Revocation Hearing [ECF No. 47]** |
| v. | |
| Penelope Fontaine, | |
| Defendant. | |

The parties jointly request that this Court vacate the April 3, 2020, hearing on the petition to revoke pretrial release and hold the pending petition in abeyance because:

1. On March 5, 2020, Ms. Fontaine appeared on a summons for a petition to revoke her pretrial release, which was set for March 17, 2020. ECF No. 43.
2. The parties later stipulated to continue the revocation hearing until April 3, 2020, which the Court granted. ECF Nos. 45, 46.
3. Since her initial appearance on the petition on March 5, 2020, Ms. Fontaine has fully complied with her bond conditions, so neither

Pretrial Services nor the government wishes to seek revocation at this time. The parties therefore request that this Court vacate the currently scheduled revocation hearing and hold the instant petition to revoke pretrial release [ECF No. 40] in abeyance.

DATED: March 31, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Brian Whang*<br>By_____<br>Brian Whang<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Penelope Fontaine, <br><br> Defendant. | Case No. 2:19-cr-00159-KJD-BNW <br><br> **Order Granting First Stipulation to Vacate Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to vacate the revocation hearing and hold the petition to revoke pretrial release in abeyance.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 3, 2020, at 9:00 a.m. is VACATED. IT IS FURTHER ORDERED that the petition to revoke pretrial release [ECF No. 40] is held in abeyance.

DATED: April 1, 2020.

_____
Brenda Weksler
United States Magistrate Judge