UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Penelope Fontaine,<br><br>        Defendant. | Case No.  2:19-cr-00159-KJD-BNW<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

Based on the parties' stipulation, the Court finds that good cause exists to continue the sentencing hearing for at least 90 days.

IT IS THEREFORE ORDERED that the sentencing currently scheduled for May 19, 2021, at 9:00 a.m. is vacated and continued to  August 17  , 2021, at  9:30 a  .m.

DATED: April   19  , 2021.

_____
Kent J. Dawson
United States District Judge