# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Penelope Fontaine,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00159-KJD-BNW<br><br>**Order Granting Second Stipulation to Continue Sentencing Hearing** |

　　　Based on the parties' stipulation, the Court finds that good cause exists to continue the sentencing hearing for at least 90 days.

　　　IT IS THEREFORE ORDERED that the sentencing currently scheduled for August 17, 2021, at 9:30 a.m. is vacated and continued to November 16, 2021, at 9:30 a.m.

　　　DATED: July 2, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge