## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Penelope Fontaine,<br><br>　　　　　Defendant. | Case No.  2:19-cr-00159-KJD-DJA<br><br>**Order Granting Third Stipulation to Continue Sentencing Hearing** |

　　Based on the parties' stipulation, the Court finds that good cause exists to continue the sentencing hearing for at least 90 days.

　　IT IS THEREFORE ORDERED that the sentencing currently scheduled for November 16, 2021, at 9:30 a.m. is vacated and continued to January 18 2022, at 11:00 a.m. by video conference.

　　DATED: November 2, 2021.

_____
Kent J. Dawson
United States District Judge

3