# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Penelope Fontaine,<br><br>    Defendant. | Case No.  2:19-cr-00159-KJD-BNW<br><br>**Order Granting Fourth Stipulation to Continue Sentencing Hearing** |

Based on the parties' stipulation, the Court finds that good cause exists to continue the sentencing hearing for at least 60 days.

IT IS THEREFORE ORDERED that the sentencing currently scheduled for January 18, 2022, at 11:00 a.m. is vacated and continued to April 12, 2022, at 10:30 a.m.

DATED: January 11, 2022.

_____
Kent J. Dawson
United States District Judge