Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Raquel Lazo
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.  2:19-cr-00159-KJD-BNW |
| Plaintiff, | **Fifth Stipulation to Continue Sentencing Hearing** |
| v. | |
| Penelope Fontaine, | |
| Defendant. | |

The parties jointly request that this Court vacate the April 12, 2022, sentencing hearing and continue it for at least 60 days because:

1.     Since the last requested stipulation, defense counsel and probation have resolved all informal objections. Defense counsel has also met with Ms. Fontaine.  Additional time is requested for defense counsel to attempt to resolve a pending warrant noted in the PSR. This outstanding warrant will likely have negative ramifications for Ms. Fontaine while she is housed at the BOP.  Absent extraordinary circumstances, the parties do not foresee any additional continuances.

2.     Ms. Fontaine is in custody and agrees to the continuance.

1    DATED: March 30, 2022.

2    Rene L. Valladares                          Christopher Chiou
     Federal Public Defender                     Acting United States Attorney
3

4        */s/ Raquel Lazo*                            */s/ Brian Whang*
     By:_____            By:_____
5
     Raquel Lazo                                 Brian Whang
6    Assistant Federal Public Defender           Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

        Plaintiff,

    v.

Penelope Fontaine,

        Defendant.

Case No.  2:19-cr-00159-KJD-BNW

**Order Granting Fifth Stipulation to Continue Sentencing Hearing**

Based on the parties' stipulation, the Court finds that good cause exists to continue the sentencing hearing for at least 60 days.

IT IS THEREFORE ORDERED that the sentencing currently scheduled for April 12, 2022, at 10:30 a.m. is vacated and continued to June 7, 2022, at 11:30 a.m.

DATED: March 31, 2022.

_____

Kent J. Dawson
United States District Judge

3